UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20675-RNS

DOUG LONGHINI,

    Plaintiff,

v.

CAMIDIEG INVESTMENTS, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, CAMIDIEG INVESTMENTS, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement.  The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 5th, day of June, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Alejandro F. Hoyos* |
| ANTHONY J. PEREZ | ALEJANDRO F. HOYOS |
| Florida Bar No.: 535451 | Florida Bar No. 181072 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICE OF |
| 4937 S.W. 74th Court, Unit #3 | ALEXIS GONZALEZ, P.A. |
| Miami, FL 33155 | 3162 Commodore Plaza, Suite 3E |
| Telephone: (305) 553- 3464 | Coconut Grove, Florida 33133 |
| Facsimile: (305)553-3031 | Telephone: (305) 223-9999 |
| Primary Email:  ajperezlaw@gmail.com | Facsimile: (305) 223-1880 |
| Secondary Email:  aquezada@lawgmp.com; | PrimaryEmail: ahoyos@aglawpa.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
bvirues@lawgmp.com; ddunn@lawgmp.com

By: ___*/s/ Anthony J. Perez, Esq.*_____
     ANTHONY J. PEREZ