UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20675-RNS

DOUG LONGHINI,

        Plaintiff,

v.

CAMIDIEG INVESTMENTS, INC.,

        Defendant.
_____/

### JOINT MOTION FOR ENTRY OF PROPOSED CONSENT DECREE

Plaintiff, DOUG LONGHINI and Defendant, CAMIDIEG INVESTMENTS, INC., have settled and jointly move the Court for entry of the attached proposed Consent Decree.

Respectfully submitted this 11th, day of June, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/*Alejandro F. Hoyos* |
| ANTHONY J. PEREZ | ALEXANDER F. HOYOS |
| Florida Bar No.: 535451 | Florida Bar No.: 181072 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICE OF ALEXIS GONZALEZ, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 100 Almeria Avenue, Suite 340 |
| Miami, FL 33155 | Coral Gables, FL 33134 |
| Telephone: (305) 553- 3464 | Telephone: (305) 223-999 |
| Facsimile: (305) 553-3031 | Email: ahoyos@aglawpa.com |
| Primary Email: ajperez@lawgmp.com | *Attorney for Defendant* |
| Secondary Email: aquezada@lawgmp.com | |
| ddunn@lawgmp.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record this 11th, day of June, 2020.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@gmplaw.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ